# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB O IKOEKWU,<br><br>                              Petitioner,<br><br>vs.<br><br>SUPERIOR COURT OF SANTA CRUZ COUNTY,<br><br>                              Respondent. | Civil No.   10-1303 DMS (RBB)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a federal detainee, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, but has not paid the $5.00 filing fee and has not moved to proceed in forma pauperis.

A Petition for Writ of Habeas Corpus must either be accompanied by a $5.00 filing fee or an application to proceed in forma pauperis.  See Local Rule 3(a), 28 U.S.C. foll. § 2254.  If Petitioner wishes to proceed with this action he must submit a copy of this Order with the requisite $5.00 fee or adequate proof he cannot pay the fee **no later than August 23, 2010** *For Petitioner's convenience, the Clerk of Court shall attach to this Order, a blank application to proceed in forma pauperis.*

**IT IS SO ORDERED.**

DATED: June 25, 2010

_____
HON. DANA M. SABRAW
United States District Judge